UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURTON DAY, | 1:13-cv-00679-MJS (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE A REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| v. | |
| WANDA KILLIAN, et al., | |
| Defendants. | |

Plaintiff Burton Day ("Plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 9, 2013, Plaintiff filed a motion seeking leave to proceed in forma pauperis using the in forma pauperis form meant for prisoners.  In light of the fact that Plaintiff is not in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall either file a completed regular civil in forma pauperis application or pay the $350.00 filing fee in full; and

3. **Failure to obey this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   May 24, 2013             /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE